IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 MAY 26 PM 12: 25

OFFICE OF THE CLERK

Carol Davis,  )
_____  )
Plaintiff  )   Case Number: 4:06 CV _____
  )
v.  )   CONSENT TO EXERCISE
  )   OF JURISDICTION BY A
  )   UNITED STATES MAGISTRATE JUDGE
3 M,  )   AND
_____  )
Defendant  )   ORDER OF REFERENCE

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For Carol Davis | 5/17/2006 |
| Douglas J. Peterson | For Douglas J. Peterson | 5/17/06 |
|  | For |  |
|  | For |  |
|  | For |  |

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to the Honorable __F.A. Gossett, III__, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

May 26, 2006
Date

_____
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.