IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CAROL DAVIS,                                )          Case No. 4:06cv3083
                                            )
            Plaintiff,                      )
                                            )
      vs.                                   )
                                            )          **ORDER**
3M CORPORATION,                             )
                                            )
            Defendant.                      )

      Upon notice of settlement given to the magistrate judge by Jonathan Rehm and
Douglas Peterson, counsel for the parties,

      **IT IS ORDERED:**

      1.  On or before **February 23, 2007,** the parties shall electronically file a joint
stipulation for dismissal (or other dispositive stipulation) and shall submit to Magistrate
Judge F. A. Gossett, at gossett@ned.uscourts.gov,  a draft order which will fully dispose
of the case;

      2.  Absent compliance with this order, this case (including all counterclaims and the
like) may be dismissed without further notice; and

      3.  The final pretrial conference set for March 22, 2007, and the jury trial set for
April 10, 2007 are cancelled upon the representation that this case is settled.

      Dated this 24th day of January 2007.

                        BY THE COURT:


                        s/ F.A. Gossett
                        United States Magistrate Judge