IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAROL DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CV3083 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| 3M CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

Upon review of the court file and plaintiff's MOTION TO DISMISS WITH PREJUDICE [20],

**IT IS ORDERED:**

1. The MOTION TO DISMISS WITH PREJUDICE [20] is granted.

2. This action is dismissed with prejudice, with the parties to bear their own costs.

**DATED May 1, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**